UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PACIFIC ECOSOLUTIONS, INC., a Washington corporation, | |
| Plaintiff, | NO.  CV-06-5023-RHW |
| v. | **ORDER DISMISSING CASE** |
| RADIAC RESEARCH CORPORATION, a foreign corporation, | |
| Defendant. | |

On June 19, 2008, Plaintiff submitted a Notice of Voluntary Dismissal With Prejudice (Ct. Rec. 4).  Plaintiff informs the Court it negotiated a settlement with Defendant, and it moves to dismiss this matter pursuant to Federal Rule of Civil Procedure 41(1)(A)(i).

Accordingly, **IT IS HEREBY ORDERED:**

1.  The above-captioned matter is **dismissed with prejudice.**

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this Order and to furnish copies to counsel and to **close the file**.

**DATED** this 25th  day of June, 2008.


s/Robert H. Whaley
ROBERT H. WHALEY
Chief United States District Judge


Q:\CIVIL\2006\Pacific.dismiss.ord.wpd

**ORDER DISMISSING CASE** * 1